U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Gregory Frank Sperow, pro se.

Before: HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

MEMORANDUM **

Gregory Frank Sperow appeals pro se from the district court's September 10, 2013, order declaring its 2008 order for the return of Sperow's property complied with or, in the alternative, moot. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Contrary to Sperow's contention, the record reflects that, following Sperow's conviction in Oregon, his property was either transferred to Idaho for use in his criminal prosecution there or returned to federal officials in California. In his September 9, 2013, declaration to the district court, Assistant United States Attorney ("AUSA") for the District of Oregon Johnathan Haub described his efforts to locate any property remaining in Oregon, and stated his belief that there was no longer any evidence belonging to Sperow in the District of Oregon, and that he had no control over the property that was outside of the District of Oregon. On these facts, we conclude that the district court did not err in declaring that its 2008 order regarding the return of Sperow's property had been complied with by the Oregon AUSA to the extent reasonably possible. We, accordingly, affirm the district court. Our

disposition is without prejudice to Sperow filing a new request for return of his otherwise non-forfeited, non-contraband property in his criminal case in Idaho or any other appropriate venue.

**AFFIRMED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Steven Kent DeBORD, Defendant–Appellant.**

**No. 13–30290.**

United States Court of Appeals, Ninth Circuit.

Submitted June 25, 2014.*

Filed June 27, 2014.

Paulette Lynn Stewart, Assistant U.S., Office of the U.S. Attorney, Helena, MT, Leif Johnson, Assistant U.S., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

John Rhodes, Esquire, Assistant Federal Public Defender, Federal Defenders of Montana, Missoula, MT, for Defendant–Appellant.

---

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

W. Molloy, District Judge, Presiding.
D.C. No. 2:11–cr–00019–DWM.

Before: HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

### MEMORANDUM **

Steven Kent DeBord appeals from the revocation of supervised release and 14–month sentence imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), DeBord's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided DeBord the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).